UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA SOTO DE CORTES,<br><br>             Plaintiff,<br><br>     v.<br><br>CARGILL MEAT SOLUTIONS<br>CORPORATION,<br><br>             Defendant. | Case No.  1:21-cv-00107-DAD-EPG<br><br>ORDER RE: STIPULATION FOR<br>DISMISSAL OF ENTIRE ACTION WITH<br>PREJUDICE AND STIPULATION TO<br>RETAIN JURISDICTION<br><br>(ECF Nos. 18, 19) |

The parties have filed a stipulation to dismiss, with prejudice, the entire action, with each party bearing their own attorney fees and costs associated with the action except as otherwise agreed in their settlement agreement, and a stipulation for the Court to retain jurisdiction over this matter to enforce the settlement agreement. (ECF Nos. 18, 19). In light of the stipulations, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Court retains jurisdiction over this matter for the sole purpose of enforcing the terms of the settlement agreement. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **August 27, 2021**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE